IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES EZELL III, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-934-D ) |
| TERRENCE CRAWFORD, et al., | ) ) |
| Respondents. | ) |

## ORDER

Before the Court is United States Magistrate Judge Amanda L. Maxfield's Report and Recommendation [Doc. No. 8] filed pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Upon initial screening of Petitioner's Complaint [Doc. No. 1], Judge Maxfield recommends dismissal in its entirety without prejudice for failure to comply with the Court's order to cure deficiencies.

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the deadline for doing so, and the firm waiver rule. *See Moore v. United State*s, 950 F.2d 656, 659 (10th Cir. 1991). Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See id.*; *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 8] is **ADOPTED** in its entirety. Petitioner's action against Respondents is dismissed without prejudice. A separate judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to Proceed in forma pauperis [Doc. No. 2] is **DENIED** as moot.

**IT IS SO ORDERED** this 22nd day of October, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge